# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| CLARK COUNTY SCHOOL DISTRICT,<br>Appellant,<br>vs.<br>EDUCATION SUPPORT EMPLOYEES<br>ASSOCIATION,<br>Respondent. | No. 73348 |
| CLARK COUNTY SCHOOL DISTRICT,<br>Appellant,<br>vs.<br>EDUCATION SUPPORT EMPLOYEES<br>ASSOCIATION,<br>Respondent. | No. 74586 |

FILED

OCT 09 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S.Young
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

Pursuant to the stipulation of the parties, and cause appearing, these consolidated appeals are dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Timothy C. Williams, District Judge
     Ara Shirinian, Settlement Judge
     Clark County School District Legal Department
     Dyer Lawrence, LLP
     Eighth District Court Clerk

18-39616